UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. COELHO, individually and doing business as COELHO ZIPPERS and PULLS AND DOMINO TRENDZ,<br><br>Plaintiff,<br><br>v.<br><br>JOHN/JANE DOES, identifies unknown,<br><br>Defendants. | Civil No. 26-14211-LTS |

ORDER

October 7, 2026

SOROKIN, J.

Plaintiff Thersea M. Coelho ("Coelho"), residing in Framingham, Massachusetts and proceeding *pro se*, brings this action against defendants John/Jane Does, alleging claims for violations of the Stored Communications Act ("SCA"), 18 U.S.C. § 2701 et seq., and the Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030 et seq. Doc. No. 1. With her complaint, Coelho filed a motion for leave to proceed *in forma pauperis*, Doc. No. 2; a motion for leave to take limited early identification discovery, Doc. No. 3; a motion to appoint volunteer counsel, Doc. No. 4; and a motion for extension of time of 180 days to identify and serve Doe defendants, Doc. No. 5.

Upon review, the Court hereby ORDERS

1. Plaintiff's motion for leave to proceed *in forma pauperis*, Doc. No. 2, is ALLOWED.

2. Plaintiff's motion to appoint volunteer attorney, Doc. No. 4, is DENIED WITHOUT PREJUDICE. The Court recommends plaintiff inquire into Boston College Law School's Federal Pro Se Legal Assistance Program, which provides free information, advice, and limited scope legal assistance to *pro se* litigants in the United States District Court for the District of Massachusetts.

Additional information regarding the program can be found here: https://www.mad.uscourts.gov/general/pdf/announce/Federal%20Pro%20Se%20Legal%20Assistance%20Clinic.pdf.

3. Plaintiff's motion for leave to take limited early identification discovery is allowed in part and denied in part as outlined in a separate order.

4. Plaintiff's motion for extension of time of 180 days to identify and serve Doe defendants, Doc. No. 5, is DENIED WITHOUT PREJUDICE to filing a new motion in 90 days from the date of this Order.

5. At this time, summonses will not issue as to the defendants identified as "John/Jane Doe." If through discovery, the plaintiff discovers the true name of these defendants, she "should act promptly to amend the complaint to substitute the correct parties and to dismiss any baseless claims." Martinez-Rivera v. Sanchez Ramos, 498 F.3d 3, 8 n.5 (1st Cir. 2007). He may then also file a motion for issuance of a summons for these defendants. If a summons issues, the United States Marshal shall complete service as directed by plaintiff with all costs of service to be advanced by the United States..

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge