UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA M. COELHO, individually and doing business as COELHO ZIPPERS and PULLS AND DOMINO TRENDZ, | |
| Plaintiff, | |
| v. | Civil No. 26-14481-LTS |
| JOHN/JANE DOES, identifies unknown, | |
| Defendants. | |

ORDER

October 7, 2026

SOROKIN, J.

Theresa M. Coelho, representing herself, has moved for leave to take early discovery aimed at identifying the Doe defendants against whom she asserts claims. Doc. No. 3. The Court finds that Coelho has demonstrated good cause to conduct early discovery, and her motion is ALLOWED IN PART.

Coelho may serve the following subpoenas under Federal Rule of Civil Procedure 45:

(1) a subpoena directed to Microsoft requiring the production of the name(s) and address(es) of the subscriber(s) and any billing accountholder(s) associated with the following email addresses, from October 1, 2024, to the present: (i) dvdmeta@hotmail.com, and (ii) metafb2fa@hotmail.com; and

(2) a subpoena directed to AT&T requiring the production of the name(s) and address(es) of the subscriber(s) and any billing accountholder(s) associated with the following telephone number, from October 1, 2024, to the present: +2347073054681.

See Doc. No. 1 ¶ 11 (identifying email addresses and phone number allegedly added to Coelho's relevant account in October 2024). Any such subpoena(s) must be served with a copy of this Order, and they may not seek documents or communications other than the information specified above.

The service of a subpoena is governed by Rule 45(b), which states, in pertinent part:

> Any person who is at least 18 years old and not a party may serve a subpoena. Serving a subpoena requires delivering a copy to the named person and ... If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served, a notice must be served on each party.

Fed. R. Civ. P. 45(b)(1). As Coelho was granted leave to proceed *in forma pauperis*, she may arrange for service of the subpoenas by the United States Marshal Service ("USMS"). See 28 U.S.C. § 1915(d). Coelho is responsible for providing the USMS with a completed USM-285 form and all documents for service.

In sum, Coelho's discovery motion (Doc. No. 3) is ALLOWED to the extent described above. In all other respects, the motion is DENIED. At this juncture, the need for discovery is limited to that which is required in order to identify and locate the individuals Coelho seeks to sue. Further discovery concerning the underlying events will occur later, in the ordinary course, if the action proceeds beyond the pleading stage.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge